

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| ARTHUR COLEMAN | § | 10-41505-H5-11 |
| | § | |
| DEBTOR IN POSSESSION | § | CHAPTER 11 |

ENTERED
04/11/2011

## ORDER

CAME ON to be considered the motion of the United States Trustee's Motion to Dismiss Case, or in the Alternative, to Convert Case to Chapter 7.  Due notice and opportunity for hearing having been give to all parties by the Clerk, and it having been shown to the satisfaction of the Court that cause exists under 11 U.S.C. §1112(b) or otherwise, it  is hereby

ORDERED that:

√ 1.    This chapter 11 case is DISMISSED. ~~It is further~~ *with prejudice to refiling for 180 days*

ORDERED that the Debtor shall pay within seven (7) days of the entry of this ORDER, appropriate fees due to the United States Trustee pursuant to 28 U.S.C. § 1930 and submit an appropriate affidavit of disbursements; it is further

ORDERED that Debtors failure to pay the appropriate fees due to the United States Trustee pursuant to 28 U.S.C. § 1930 and submit an appropriate affidavit of disbursements will be treated as a contempt of this Court's Order and subject Debtor to an immediate hearing to determine if sanctions should be assessed.  The UST may seek a hearing upon default; It is further

ORDERED that professionals shall file fee applications within seven (7) days of this order.  Fees and/or commissions not applied for by this deadline will be denied.  Professionals shall return to the Debtor any remaining fee retainer that has not been approved by the court.

_____ 2.    This case is hereby CONVERTED to Chapter 7.  It is further ORDERED that the debtor shall file or supplement appropriate lists, inventories, schedules and statements required by Bankruptcy Rule 1007  within seven (7) days of the entry of this Order.

DATED:

4-11-11

HONORABLE KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

In re:                                                                  Case No. 10-41505-kkb
Arthur W. Coleman                                                       Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4            User: tgar              Page 1 of 2              Date Rcvd: Apr 11, 2011
                                Form ID: pdf001         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2011.
```
db          +Arthur W. Coleman,    2710 Holly Hall,    Unit J,    Houston, Tx 77054-4196
7268554     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
              Arlington, TX  76096)
7265509     +Attorney General of Texas-Child Support Division,    Attention: Phillip Emerson, AAG,
              6161 Savoy Ste. 320,    Houston, Texas 77036-3337
7256448     +Beth Mendez,    Latif & Company,    Property Managment,    5445 Almeda #500,
              Houston, Texas 77004-7450
7260258     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,
              Southfield MI 48034)
7279547     +Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
7279548     +Credit Acceptance,    Attn: Bankruptcy,    PO Box 551888,    Detroit, MI 48255-1888
7279549     +Dhhs/hrsa,    5600 Fishers Ln,    Rockville, MD 20852-1750
7401442     +Internal Revenue Service,    PO Box 7646,    Philadelphia, Pa 19101-7646
7279550     +J J Mac Intyre Co Inc,    1801 California Ave,    Corona, CA 92881-7251
7256449     +Latif & Company,    Osama Abdullatif,    Property Management,    5445 Almeda #500,
              Houston, Texas 77004-7450
7279552     +Law Office of Nelson M. Jones III,    440 Louisiana,    Suite 1575,    Houston, Texas 77002-1655
7425640     +Lease Finance Group, LLC,    132 West 31st Street,    14th Floor,    New York, NY 10001-3406
7279553     +Lease Financial Groupl,    233 N Michigan Ave Ste 1,    Chicago, IL 60601-5502
7279554     +Mercantile Adjmnt Bur,    6390 Main St S-160,    Williamsville, NY 14221-5859
7279555     +Mid America Bank & Tru,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
7303950     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
              Norfolk VA 23541-0914
7279556     +Plains Commerce Bank,    Po Box 89937,    Sioux Falls, SD 57109-6937
7347708      Sprint Nextel Correspondence,    Attn Bankruptcy Dept,    PO Box 7949,
              Overland Park KS 66207-0949
7347709      Sprint Nextel Distribution,    Attn: Bankruptcy Dept,    P.O. Box 3326,    Englewood, CO 80155-3326
7279557     +Stuart Allan & Assoc,    5447 E 5th St Ste 110,    Tucson, AZ 85711-2345
7364841     +Total Card, Inc,    % Mid America Bank & Trust Company,    PO Box 89937,
              Sioux Falls, SD 57109-6937
7301241     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court: Wells Fargo Dealer Services,    P O Box 19657,
              Irvine, CA  92623-9657)
7256450      WELLS FARGO AUTO FINANCE,    P.O. BOX 29704,    PHOENIX, AZ  85038-9704
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
7385042     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 11 2011 20:47:22     Asset Acceptance LLC,
              Po Box 2036,   Warren MI 48090-2036
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Wells Fargo Dealer Services, Inc. fka Wachovia Dea
cr*         ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
              Arlington, TX  76096)
7279546*    +Beth Mendez,    Latif & Company,    Property Managment,    5445 Almeda #500,
              Houston, Texas 77004-7450
7279551*    +Latif & Company,    Osama Abdullatif,    Property Management,    5445 Almeda #500,
              Houston, Texas 77004-7450
7279558*     WELLS FARGO AUTO FINANCE,    P.O. BOX 29704,    PHOENIX, AZ  85038-9704
                                                                                 TOTALS: 1, * 4, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0541-4          User: tgar              Page 2 of 2              Date Rcvd: Apr 11, 2011
                              Form ID: pdf001         Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**                    **Signature:**     /s/ Joseph Speetjens